IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

NOTICE REGARDING PRETRIAL CONFERENCE, PLEA HEARINGS, AND
JURY SELECTION BEFORE
THE HONORABLE JOSEPH DAWSON, III, UNITED STATES DISTRICT JUDGE

## NOTICE OF PRETRIAL CONFERENCES

PLEASE TAKE NOTICE that the following cases are scheduled for Pretrial Conference in the McMillian Federal Building, 401 W Evans Street, Florence, South Carolina, Courtroom TBD, on:

**Tuesday, February 14, 2023**

THE Defendant and his/her attorney are required to be present at this conference either to conduct a pretrial and/or plea, or to schedule the dates of trial. Each attorney is required to confer with the United States Attorney's Office and review the discovery material before the pretrial conference.

NOTICE TO COUNSEL: If a continuance is needed, Motions to Continue will still need to be filed on the docket, with a speedy trial waiver signed by the defendant, even if Notices of Request for Protection have been filed.

All plea bargaining must be complete prior to Pretrial Conference.

**MOTIONS TO CONTINUE MUST BE FILED NO LATER THAN FEBRUARY 7, 2023.**

ANY PLEA AGREEMENTS SHOULD BE SCANNED AND ELECTRONICALLY FILED BY COUNSEL BY February 7, 2023.

## NOTICE OF CHANGE OF PLEA HEARINGS

PLEASE TAKE NOTICE that the PLEA HEARING for any defendant who wishes to enter a Plea of Guilty will be held after the Pretrial Conference on February 14, 2023.

US Attorneys: Email individual Penalty and Element Sheets to Sharon Meyer in the Clerk's Office 7 days prior to the Pretrial Conference. Make sure they correctly reflect the exact elements and penalties (and drug amounts/types, if applicable) for the particular defendant/crimes and that they correctly reflect the counts to which it is anticipated each defendant will plead.

## NOTICE OF JURY SELECTION

PLEASE TAKE NOTICE that all cases in which a guilty plea is not entered are scheduled for **JURY SELECTION** in the McMillian Federal Building, 401 W Evans Street, Florence, South Carolina, Courtroom #1, on:

### MONDAY, MARCH 13, 2023, at 9:00 AM

The Jury List is available 7 days before jury selection. In accordance with Local Rule 47.02, the Court may require potential jurors to respond to written questionnaires and may make the responses available to counsel or parties with cases on the relevant trial roster are allowed access to this information. Any other person submitting a request for this information must petition the court for approval. A Juror Questionnaire/List Request Form must be docketed in the case. Please visit http://www.scd.uscourts.gov/records/copies.asp for more information.

**ALL ATTORNEYS ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM FOR TRIAL**. If your case goes to trial and you have not participated in the electronic courtroom training, please contact Sharon Meyer (843-676-3824) regarding use to the electronic system. Training will not be conducted the morning of trial or the day prior to trial.

PLEASE CONTACT Sharon Meyer, Courtroom Deputy:
1. Immediately if your client is on bond and is arrested in another venue;
2. If any motion filed with the court is resolved prior to the Pretrial;
3. For all questions regarding criminal cases;
4. And if you wish to meet with Judge Dawson the morning of Pretrials and do not have a previously scheduled meeting. Do not come to Chambers without contacting Sharon first.

Entered at the direction of the Court
ROBIN L. BLUME, CLERK
US DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Honorable Joseph Dawson, III

Pretrial Conferences -Tuesday, February 14, 2023

Notice of Deadline - **Motions to Continue are due no later than Tuesday, February 7, 2023**; Jury Selection is set for Monday, March 13, 2023, at 9:00 AM.

**10:30 AM**

| | |
|---|---|
| 4:22-cr-141-JD | AUSA Lauren Hummel |
| Douglas Perdick *(custody)* | Atty William Monckton (Ret.) |
| | |
| 4:22-cr-217-JD | AUSAs Charles Schmitz/Alfredo De La Rosa, Jr. |
| Jack Benson Flanders *(bond)* | AFPD Kathy Elmore |
| | AFPD Michael Meetze |
| | |
| 4:22-cr-594-JD | AUSA Katherine Flynn |
| Tyrone McDaniels *(custody)* | AFPD Michael Meetze |

**1:30 PM**

| | |
|---|---|
| 4:22-cr-579-JD | AUSA Amy Bower |
| Williams James Dallis *(bond)* | Atty Scott Joye (Ret.) |
| | |
| 4:22-cr-738-JD | AUSA Lauren Hummel |
| Troy Benjamin Bittner *(bond)* | AFPD Michael Meetze |