PS 8
(Rev. DSC 09/20)

# UNITED STATES DISTRICT COURT
for
**District of South Carolina**

U.S.A. v. Troy Benjamin Bittner         Docket No. 4:22CR00738-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Leanne Evers, U.S. Probation Officer, presenting an official report upon the conduct of defendant, Troy Benjamin Bittner, who was placed under pretrial release supervision by the Honorable Kaymani D. West, U.S. Magistrate Judge sitting in the court at Florence on the 14th day of September, 20 22 under the following conditions:

1. Travel restricted to South Carolina, except with permission of the U.S. Probation Officer.
2. Submit to supervision by and report for supervision to the U.S. Probation Office.
3. Refrain from possessing a firearm, destructive device, or other dangerous weapon.
4. Refrain from excessive use of alcohol.
5. Refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
6. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.
7. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
8. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution.
9. Maintain or actively seek employment.
10. Surrender any passport to Pretrial Services Officer.
11. Do not obtain a passport or other international travel document.
12. Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
13. The defendant shall contribute to the cost of any treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services," and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.
14. Home detention with location monitoring added February 1, 2023.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
Use of Illegal Drugs; Failure to Submit to Random Drug Testing; and Failure to Comply with the Location Monitoring Program.

PRAYING THAT THE COURT WILL ORDER that the Clerk of Court issue a Warrant in the usual form for the arrest of Troy Benjamin Bittner, to be brought before the U.S. Magistrate Judge below, for a proceeding in accordance with Title 18, United States Code, Section 3148(b).

☒ **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**
We request this warrant remain sealed due to Mr. Bittner having several family members out-of-state, making flight risk a concern.

ORDER OF COURT

Considered and ordered this 23 day of March, 20 23 and ordered filed and made a part of the records in the above case.

The Honorable Kaymani D. West
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2023

Leanne Evers, U.S. Probation Officer

Place Florence, SC