

2528 West Palmetto Street
Florence, SC 29501
843.669.6088
855.695.7637
Fax: 843.407.6775

May 9, 2023

To Whom it may concern

Troy Bittner has been accepted to The Owl's Nest for our Partial Hospitalization Program. A bed is currently being held for Mr. Bittner.

Jon Griffin
Intake Coordinator
Office: 843-669-6088
Fax: 843-407-6775
jon.griffin@owlsnestrecovery.com

www.owlsnestrecovery.com