IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 4:22CR00738-JD |
| ) | |
| vs. ) | |
| ) | **MOTION FOR STATUS** |
| TROY BENJAMIN BITTNER ) | **CONFERENCE** |
| ) | |

    PLEASE TAKE NOTICE that pursuant to 18 U.S.C. § 3142(f)(2)(B), **TROY BENJAMIN BITTNER,** defendant, by and through undersigned counsel, hereby moves this Honorable Court to conduct a status conference in this matter.

### BACKGROUND INFORMATION

    On May 17, 2023, the court placed Mr. Bittner back on bond[1] so that Mr. Bittner could participate in the treatment program at The Owl's Nest.

    Mr. Bittner was able to secure placement at The Owl's Nest by virtue of his own private insurance. However, as of June 1, Mr. Bittner's insurance is no longer paying for his treatment at The Owl's Nest. Based on this financial development, Mr. Bittner will have to leave this treatment program this afternoon. It is possible, that his insurance was cancelled when the company realized that Mr. Bittner was in custody.

    The terms of Mr. Bittner's bond provide that if he does not complete the program that his bond would be revoked. At this time, Mr. Bittner's counselor confirms that he is in full compliance with The Owl's Nest treatment program.

---

[1] The court has previously revoked Mr. Bittner's bond for noncompliance.

Mr. Bittner is requesting an expedited status conference for the Court to be fully advised as to this situation and to make a determination as to Mr. Bittner's custody status.

Respectfully submitted,

/s/ Michael A. Meetze
Michael A. Meetze
Assistant Federal Public Defender
McMillan Federal Building
401 W. Evans Street, Suite # 105
Florence, South Carolina 29501
Phone: (843) 662-1510
**Attorney ID #6662**

Florence, South Carolina

June 7, 2023