# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　CASE NO. : 4:22-cr-00738-JD

Troy Benjamin Bittner

## PLEA

The Defendant acknowledges receipt of a copy of the INFORMATION and after arraignment pleads not guilty in open court.

_____
(Signed)　Defendant

Florence, South Carolina
August 1, 2023