# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:22-cr-00738-JD-1 |
| Troy Benjamin Bittner | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08/01/2023

_____
Defendant's signature

_____
Signature of defendant's attorney

Michael A. Meetze
Printed name of defendant's attorney

_____
Judge's signature

Thomas E. Rogers, III
Judge's printed name and title