IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**UNITED STATES OF AMERICA**

    **VS**       **CR NO.** 4:22-cr-00738-JD
Troy Benjamin Bittner

# PLEA

The defendant, Troy Benjamin Bittner, having withdrawn his plea of Not Guilty entered August 1, 2023, pleads **GUILTY** to Count(s) #1 and #2 **Information** after arraignment in open court.

_____
(Signed) Defendant

Florence, South Carolina
August 1, 2023