IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:22-CR-00738-JD |
| | ) | |
| vs. | ) | **ORDER FOR TEMPORARY** |
| | ) | **TRANSFER OF SUPERVISION TO THE** |
| TROY BENJAMIN BITTNER | ) | **BRIDGE PROGRAM** |

    The Court has granted Defendant's motion to refer and admit Defendant into the Bridge Program.

    IT IS HEREBY ORDERED that defendant's supervision is transferred to the Honorable Thomas E Rogers III United States Magistrate Judge, so that defendant may participate in the BRIDGE Program, until such time as defendant's participation is terminated. At such time, the Magistrate Judge will issue an order transferring defendant's supervision back to the undersigned United States District Judge who was supervising defendant prior to execution of this transfer order.

DATE : December 1, 2023
Florence, South Carolina

*Joseph Dawson, III*
Joseph Dawson, III
United States District Judge